No. 3,630.—STATE ex rel. THE SECURITY BANK OF HAVRE, Respondent, *v.* ROY S. FULLER, County Treasurer, Appellant.

*Appeal from District Court, Hill County; J. A. Matthews, Judge of the Fourteenth Judicial District, presiding.*

Decided April 12, 1915.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed in accordance with the motion of respondent on file herein, at the cost of appellant.

*Mr. D. M. Kelly*, Attorney General, for Appellant.

*Messrs. Norris & Hurd*, for Respondent.